45D04-1912-CT-001261

Filed: 12/7/2019 11:10 AM
Clerk
Lake County, Indiana

USDC IN/ND case 2:20-cv-00289-JTM-JPK   document 2-2   filed 08/13/20   page 1 of 4

Lake Superior Court, Civil Division 2

| STATE OF INDIANA | ) | IN THE LAKE COUNTY COURTS |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. |

**CHRISTONNA CAMPBELL,**       )
                                )
    **Plaintiff,**             )
                                )
**v.**                          )
                                )
**AMERISTAR CASINO EAST CHICAGO, LLC,**  )
                                )
    **Defendant.**            )

## COMPLAINT

Plaintiff, CHRISTONNA CAMPBELL, by and through her attorneys, Jeff JJ Shaw of SHAW LAW, hereby sues Defendant, AMERISTAR CASINO EAST CHICAGO, LLC, and alleges as follows:

### INTRODUCTION

1. This is an action for negligence against the landowner/occupier of the premises located at 777 Aldis Avenue, EAST CHICAGO, Indiana, a business corporation operating as a casino that invited members of the public onto the property for entertainment, dining and consumer purposes. Plaintiff, CHRISTONNA CAMPBELL (hereinafter "Campbell") was injured as a result of a slip and fall on ice and snow in the parking lot of the facility.

### JURISDICTION AND VENUE

2. This Court has jurisdiction and proper venue over this dispute because the cause of action in this Complaint is a personal injury action for a slip and fall that occurred within the City of EAST CHICAGO, County of LAKE, State of Indiana.

## GENERAL ALLEGATIONS

3. At all times material hereto, Defendant AMERISTAR CASINO EAST CHICAGO, LLC was a business operation corporation operating as a casino designed for-profit and authorized to do business within the State of Indiana.

4. At all times material hereto, Defendant AMERISTAR CASINO EAST CHICAGO, LLC owned and operated a facility located at 777 Aldis Avenue, EAST CHICAGO, Indiana (hereinafter "the Property").

5. On or about February 21, 2018, Plaintiff Campbell was on the Property for the purpose of visiting the facility for entertainment purposes.

6. On or about said date, Plaintiff Campbell fell on an unreasonably dangerous condition on the Property -- namely an accumulation of ice/snow in the parking lot area and sidewalk where invitees and other people as herself were expected to be -- and was seriously injured as a result.

7. No warning signs were erected on the Property by the Defendant, AMERISTAR CASINO EAST CHICAGO, LLC at the time of the fall to alert Plaintiff to the unreasonably dangerous condition of the Property.

8. Plaintiff Campbell's injuries, except those that were superficial, are permanent.

   a. Plaintiff Campbell's injuries are permanent in nature and have resulted in a limitation of motion and pain and suffering.

   b. Plaintiff Campbell required medical care and treatment for her injuries, for which there were reasonable and necessary expenses.

   c. Plaintiff Campbell continues to suffer permanent adverse effects, both physically and emotionally, as a direct result of her injuries.

    d. Plaintiff Campbell continues to receive medical care and treatment of her injuries and will require medical care and treatment of her injuries in the future, for which there will be reasonable and necessary expenses.

## COUNT I- NEGLIGENCE
**(Premises Liability)**

9. Plaintiff realleges the allegations set forth above in paragraphs one (1) through eight (8) as if set forth herein in full.

10. Plaintiff Campbell at the time of her injury was an invitee of the Defendant, consequently he was entitled to make use of the Property.

11. As such, Defendant AMERISTAR CASINO EAST CHICAGO, LLC owed the highest duty of reasonable care to Plaintiff Campbell and is subject to liability for the physical harm caused to her by a condition of the Property because it knew or by the exercise of reasonable care should have discovered the condition and should have realized it involved an unreasonable risk of harm to Plaintiff Campbell.

12. Defendant AMERISTAR CASINO EAST CHICAGO, LLC breached its duty to Plaintiff Campbell by failing to exercise reasonable care under the circumstances.

13. As a proximate result of this negligence, Plaintiff Campbell suffered severe injuries, pain and suffering, and permanent disfigurement.

14. As a further proximate result of the negligence, Plaintiff incurred medical expenses and will incur more in the future.

**WHEREFORE**, Plaintiff demands judgment against the Defendant in an amount commensurate with her injuries and damages, for costs of this action and for all other proper relief.

Respectfully submitted,
**SHAW LAW**

/s/Jeff JJ Shaw
Jeff JJ Shaw, #15265-46
56 Indiana Avenue
Valparaiso, IN 46383
Tel. (877) 225-5742
Fax: (866) 328-9775
jeffshaw@slipandfall.com
Attorney for the Plaintiff

### **DEMAND FOR JURY TRIAL**

Pursuant to Indiana Trial Rule of Civil Procedure 38(b), Plaintiff, by counsel, respectfully demands trial by jury. Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted,
**SHAW LAW**

/s/Jeff JJ Shaw
Jeff JJ Shaw, #15265-46
56 Indiana Avenue
Valparaiso, IN 46383
Tel. (877) 225-5742
jeffshaw@slipandfall.com
Attorney for the Plaintiff